# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-325-FDW-DCK

| | |
|---|---|
| CATHERINE MINOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BEST BUY CO., INC., and CITIBANK, N.A., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Amend Complaint & Summons By Substituting Defendant 'Best Buy Co., Inc.' With 'Best Buy Stores, LP'" (Document No. 3) filed July 9, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Amend Complaint & Summons By Substituting Defendant 'Best Buy Co., Inc.' With 'Best Buy Stores, LP'" (Document No. 3) is **GRANTED**. Plaintiff's Complaint is hereby amended to substitute "Best Buy Stores, LP" for "Best Buy Co., Inc." and all references to "Best Buy Co, Inc." shall be deemed to refer to "Best Buy Stores, LP;"

**IT IS FURTHER ORDERED** that the Summons dated June 2, 2021 is hereby amended to substitute "Best Buy Co., Inc." listed as Defendant 1 with "Best Buy Stores, LP;

**IT IS FURTHER ORDERED** that Best Buy Stores, LP shall be deemed to have been served with a copy of the Complaint & Summons in this matter, as amended hereby, on June 7,

2021 as though it has been the party originally named in the Complaint & Summons instead of Best Buy Co., Inc.; and

**IT IS FURTHER ORDERED** that the caption of the pleadings in this matter shall read, as of the date of this order: Catherine Minor v. Best Buy Stores, LP and Citibank, N.A., Civil Action No. 3:21-cv-325.

**SO ORDERED**.

Signed: July 14, 2021

David C. Keesler
United States Magistrate Judge