IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-325-FDW-DCK

| | |
|---|---|
| **CATHERINE MINOR,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BEST BUY STORES, LP, and CITIBANK, N.A.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Citibank, N.A.'s Motion To Compel Arbitration And Stay Proceedings" (Document No. 4) filed July 14, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the consent of the parties, the undersigned will <u>grant</u> the motion.

By the instant motion, Defendant Citibank, N.A. seeks an order compelling the arbitration of Plaintiff Catherine Minor's claims against Citibank, N.A. and to stay the proceedings against Citibank pending the completion of arbitration. Plaintiff has consented to arbitration of her claims against Citibank, N.A.

**IT IS, THEREFORE, ORDERED** that "Citibank, N.A.'s Motion To Compel Arbitration And Stay Proceedings" (Document No. 4) is **GRANTED**. All claims against Citibank, N.A. are administratively **STAYED** pending completion of the arbitration.

**SO ORDERED**.

Signed: August 11, 2021

David C. Keesler
United States Magistrate Judge

WE CONSENT:

/s/ Joseph W. Fulton
Joseph W. Fulton, NC Bar No. 44388
Attorney for Plaintiff
Martineau King
Post Office Box 241268
Charlotte, NC 28224
Telephone: 704.247.8520
Fax: 704.247.8582
Email: jfulton@martineauking.com


/s/ Donald R. Pocock
Donald R. Pocock, NC Bar No. 29393
Attorneys for Defendant Citibank, N.A.
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC  27103
Telephone: 336.774.3324
Fax: 336.774.3376
Email: donald.pocock@nelsonmullins.com